**FILED**

JAN 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STERLING AND WILSON SOLAR SOLUTIONS, INC., a Delaware corporation, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, an Illinois insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company, <br><br> Defendants-Appellees, <br><br> v. <br><br> CONTI LLC, Proposed Intervenor, <br><br> Movant-Appellant. | No. 23-35558 <br><br> D.C. No. 1:22-cv-03076-SAB <br> Eastern District of Washington, Yakima <br><br> ORDER |

Before: WARDLAW, PAEZ, and NGUYEN, Circuit Judges.

The motion to extend time to file a response to the motion to stay district court proceedings (Docket Entry No. 14) is granted. The response has been filed.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 15) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial

OSA111

of motion to dismiss).

The motion to stay district court proceedings (Docket Entry No. 13) is denied. *See Nken v. Holder,* 556 U.S. 418, 434 (2009) (defining standard in the context of staying lower court order or judgment).

The opening brief has been filed. The answering brief is due February 20, 2024. The optional reply brief is due within 21 days of service of the answering brief.