FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING AND WILSON SOLAR SOLUTIONS, INC., a Delaware Corporation, | No.  1:22-cv-03076-SAB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, an Illinois insurance company, and ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company, | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 216. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulated Motion to Dismiss, ECF No. 216, is **GRANTED**.

**ORDER OF DISMISSAL** # 1

2.      The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 20th day of April 2026.



_____

Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** # 2